UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

WILDA RIOS, Individually, and as Mother and Natural Guardian of AMIR RIOS and MAJID RIOS,

                                      Plaintiffs,

-against-

THE CITY OF NEW YORK and PRESENTLY UNKNOWN POLICE OFFICERS OF THE NEW YORK CITY POLICE DEPARTMENT,

                                      Defendants.

------------------------------------------------------------------------- x

**SUGGESTION OF DEATH UPON THE RECORD OF PLAINTIFF WILDA RIOS PURSUANT TO FRCP 25(a)**

17 CV 2840 (LDH) (RER)

       **PLEASE TAKE NOTICE** that defendant City of New York, by its attorney, Zachary W. Carter, Corporation Counsel of the City of New York, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, respectfully submits, as follows:

       On January 24, 2018, Assistant Corporation Counsel Zachary Russell Bergman, counsel for defendant City, was informed of the death of plaintiff Wilda Rios by plaintiffs' counsel, Michael Goldstein, Esq. Plaintiffs' counsel did not indicate the date of Ms. Rios's death.

       **[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

**WHEREFORE**, pursuant to Rule 25 of the Federal Rules of Civil Procedure, defendant City suggests upon the record that Wilda Rios is deceased, and that any motion for substitution of a proper party be timely made within ninety days of this date.

Dated: New York, New York
January 24, 2018

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendant City*
100 Church Street
New York, New York 10007
(212) 356-5051

/s/
Zachary Russell Bergman
Assistant Corporation Counsel

cc: Michael Goldstein, Esq. (By ECF)
*Attorney for Plaintiffs*