

| | |
|---|---|
| | 11 HANOVER SQUARE  T 212 248 4900 |
| | 20TH FLOOR  F 212 248 2848 |
| | NEW YORK, NY 10005  dhgattorneys.com |

MICHAEL GOLDSTEIN
mgoldstein@dhgattorneys.com

April 2, 2018

**VIA ECF**

Honorable LaShann DeArcy Hall
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Wilda Rios, et al., v. City of New York, et al.</u>
                  17 CV 2840 (LDH) (RER)

Your Honor:

      I was the attorney for Ms. Rios who had passed away on November 1, 2017.

      I have conferred with her next of kin and no one wishes to pursue this matter any further.

      Accordingly, I am asking that it be dismissed.

                                        Respectfully submitted,

                                      DILLON HOROWITZ & GOLDSTEIN LLP

                                        /s/
                                    Michael Goldstein (4884)

MG:ja

cc:    **VIA ECF**
       Magistrate Judge Reyes
       United States District Court

       Zachary Russell Bergman, Esq.
       Corporation Counsel of the City of New York
       City of New York- Law Department